STEPHAN AIRAPETIAN (SBN 295471)
STEPHAN FILIP ARAYI
100 W. Broadway Suite 1200
Glendale, CA 91210
Tel:(323) 303.3533
Fax:(323) 303.3534
service@sfalaw.com

Attorneys for Plaintiff,
Deeann Alicia Hewitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEANN ALICIA HEWITT, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; TRINITY LAKE MARINA, LLC, a California limited liability company; VISTA RECREATION INC., a Delaware corporation, doing business as TRINITY CENTER BOAT RAMP; and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES**<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**INTRODUCTION**

Plaintiff Deeann Alicia Hewitt brings this action for personal injuries sustained on September 1, 2024, when she tripped and fell on a broken, defective piece of cement at the Trinity Center Boat Ramp in Trinity Center, California. The premises were owned and administered by the United States Forest Service, an agency of Defendant United States of America, and operated and controlled by private entities pursuant to a Special Use Permit. Plaintiff is informed and believes

1

COMPLAINT FOR DAMAGES

that Defendant Vista Recreation Inc. does business as Trinity Center Boat Ramp and that Defendant Trinity Lake Marina, LLC also bears responsibility for the subject premises; Plaintiff will clarify the respective roles of these entities through discovery. As a direct result of Defendants' negligence in maintaining and inspecting the premises, Plaintiff suffered serious and ongoing injuries to her left knee, left lower extremities, and lower back.

**PARTIES**

1.     Plaintiff Deeann Alicia Hewitt is, and at all relevant times was, a resident of McKinleyville, Humboldt County, California.

2.     Defendant United States of America, through its agency the United States Department of Agriculture, Forest Service ("USFS"), owns and administers the land on which the Trinity Center Boat Ramp is located, including the subject premises at Mary Ave, Trinity Center, California 96091.

3.     Defendant Trinity Lake Marina, LLC is a California limited liability company with its last known address at 45810 State Highway 3, Trinity Center, California 96091. At all relevant times, Trinity Lake Marina, LLC operated and/or controlled the Trinity Center Boat Ramp, or otherwise bears responsibility for the condition and maintenance of the subject premises.

4.     Defendant Vista Recreation Inc. is a Delaware corporation doing business as Trinity Center Boat Ramp. At all relevant times, Vista Recreation Inc. operated and/or controlled the Trinity Center Boat Ramp pursuant to a Special Use Permit issued by the USFS, or otherwise bears responsibility for the condition, maintenance, and safe operation of the subject premises.

5.     Plaintiff is informed and believes, and thereon alleges, that Defendants Trinity Lake Marina, LLC and Vista Recreation Inc. may be related entities, successors, or may have shared or successive operational responsibility for the subject premises. Plaintiff will seek leave to amend this Complaint to clarify the respective legal responsibilities of these entities once confirmed through discovery

COMPLAINT FOR DAMAGES

6. The true names and capacities of Defendants DOES 1 through 25 are unknown to Plaintiff, who will seek leave to amend this Complaint when their identities are ascertained.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over Plaintiff's claims against the United States pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b) and 2671–2680, as Plaintiff's claims arise from the negligent acts and omissions of employees and agents of the United States Government acting within the scope of their employment.

8. This Court has supplemental jurisdiction over Plaintiff's claims against Defendants Trinity Lake Marina, LLC and Vista Recreation Inc. pursuant to 28 U.S.C. § 1367, as those claims arise from the same nucleus of operative facts as the claims against the United States.

9. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1402(b), as the acts and omissions giving rise to Plaintiff's claims occurred within this judicial district.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Plaintiff timely presented an administrative claim to the USDA Forest Service, ASC – Budget & Finance, Claims Branch on or about January 17, 2025, in the amount of $500,000.00, pursuant to the FTCA, 28 U.S.C. § 2675.

11. By letter dated September 17, 2025, the USDA Office of General Counsel denied Plaintiff's administrative claim in its entirety, constituting a final agency action.

12. This Complaint is filed within six months of the mailing of that denial, as required by 28 U.S.C. § 2401(b).

## FACTUAL ALLEGATIONS

13. On September 1, 2024, at approximately 5:00 p.m., Plaintiff Deeann Alicia Hewitt was lawfully present at the Trinity Center Boat Ramp, located at

COMPLAINT FOR DAMAGES

Mary Ave, Trinity Center, California 96091.

14.     While attempting to dock a boat at the premises, Plaintiff tripped and fell on a broken, defective piece of cement on the boat ramp surface.

15.     At all relevant times, the USFS owned and exercised control and supervision over the boat ramp premises, including responsibility for the maintenance, inspection, repair, and safe condition of the property.

16.     At all relevant times, Defendants Trinity Lake Marina, LLC and/or Vista Recreation Inc. operated and controlled the Trinity Center Boat Ramp pursuant to a Special Use Permit issued by the USFS, and were responsible for the day-to-day operation, maintenance, and safety of the premises.

17.     The broken cement condition on the boat ramp constituted a dangerous and defective condition that was known, or in the exercise of reasonable care should have been known, to all Defendants.

18.     No Defendant warned Plaintiff of the dangerous condition or took reasonable steps to repair or remedy the defect.

19.     As a direct and proximate result of the dangerous condition of the premises and Defendants' failure to maintain or warn, Plaintiff sustained the following injuries: contusion and possible medial meniscus tear of the left knee, contusions and pain to the left shin, left calf, left ankle, left thigh, and lower back, and associated muscle spasms.

20.     Plaintiff sought emergency medical treatment at Mad River Community Hospital on September 4, 2024, followed by orthopedic consultations and ongoing medical care, including MRI evaluation, physical therapy referrals, and pain management.

21.     Plaintiff continues to suffer pain, physical limitation, and impairment from her injuries, all to her damage in an amount to be proven at trial.

///

///

COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION

### Negligence — Premises Liability

### Against Defendant United States of America

22.    Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

23.    The United States, through the USFS, owed Plaintiff a duty of reasonable care to maintain the Trinity Center Boat Ramp in a safe condition, to conduct reasonable inspections, to identify dangerous conditions, to repair such conditions, and to warn lawful visitors of known or reasonably knowable hazards.

24.    The United States, through its agents and employees acting within the scope of their employment, breached this duty by failing to maintain the boat ramp surface in a safe condition, failing to inspect the premises adequately, failing to repair the broken cement, and failing to warn Plaintiff of the hazardous condition.

25.    As a direct and proximate result of the United States' negligence, Plaintiff suffered the injuries and damages described herein.

## SECOND CAUSE OF ACTION

### Negligence — Premises Liability

### Against Defendants Trinity Lake Marina, LLC and Vista Recreation Inc., dba Trinity Center Boat Ramp

26.    Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

27.    As the Special Use Permit holder(s) and operator(s) of the Trinity Center Boat Ramp, the Private Defendants owed Plaintiff a duty to exercise reasonable care in the operation, management, inspection, maintenance, and repair of the premises, and to warn visitors of dangerous conditions.

28.    The Private Defendants breached this duty by failing to maintain the boat ramp surface in a reasonably safe condition, failing to discover and remedy the broken cement hazard, and failing to warn Plaintiff of the dangerous condition.

COMPLAINT FOR DAMAGES

29.    As a direct and proximate result of the Private Defendants' negligence, Plaintiff suffered the injuries and damages described herein.

## DAMAGES

30.    As a result of Defendants' negligence, Plaintiff has suffered and continues to suffer the following damages, in an amount to be proven at trial: past and future medical expenses; past and future pain and suffering, physical impairment, and loss of enjoyment of life; past and future lost earnings and diminished earning capacity; and any other damages allowable under applicable law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Deeann Alicia Hewitt prays for judgment against Defendants as follows:

1.    For general and special damages in an amount to be proven at trial;

2.    For costs of suit incurred herein;

3.    For such other and further relief as this Court deems just and proper.

Respectfully submitted,
Dated: March 17, 2026                    **STEPHAN FILIP ARAYI**


By:    _____
Stephan Airapetian, Esq.
Tatevik Aghamalyan
Attorneys for Plaintiff
Deeann Alicia Hewitt

6

COMPLAINT FOR DAMAGES

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable against Defendants Trinity Lake Marina, LLC and Vista Recreation Inc., dba Trinity Center Boat Ramp.


Respectfully submitted,
Dated: March 17, 2026                                **STEPHAN FILIP ARAYI**


                                        By: _____
                                             Stephan Airapetian, Esq.
                                             Tatevik Aghamalyan
                                             Attorneys for Plaintiff
                                             Deeann Alicia Hewitt

COMPLAINT FOR DAMAGES